Peter Goldstein, Esq., (SBN 6992)
PETER GOLDSTEIN LAW CORP
10161 Park Run Drive, Suite 150
Las Vegas Nevada, 89145
Telephone: 702-474-6400
Facsimile: 888-400-8799 peter@petergoldsteinlaw.com

Attorney for Plaintiffs
Angelina Camarillo
and Estate of Felicia Guzman

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA CAMARILLO, individually and as Co-Special Administrator with Rolly ENRIQUEZ of Estate of Decedent, FELICIA GUZMAN,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF NORTH LAS VEGAS; BECKY SALKOFF; CAITLYN EBERT; and DOES 1-20, inclusive,<br><br>Defendants | CASE NO.: 2:25-cv-01246-CDS-NJK<br><br>**Order Approving STIPULATION TO REMAND TO EIGHTH JUDICIAL DISTRICT COURT**<br><br>[ECF No. 10] |

Plaintiff Angelina Camarillo, individually and as co-special administrator of the Estate of Felicia Guzman, and all defendants by and through their respective attorneys of record, STIPULATE TO THE FOLLOWING:

1) Plaintiffs filed their First Amended Complaint, withdrawing the fourth claim for relief for violation of the Americans with Disability Act – 42 USC § 12131 and the Rehabilitation Act 29 USC. § 794 on July 24, 2025. (ECF No. 9).

2) As plaintiff's federal claims are now dismissed against all defendants this Court has no jurisdiction of this case and the parties agree that it should be remanded to The Eighth Judicial District of Nevada where it was originally filed with Case Number: A-25-919142-C.

DATED this 29th day of July, 2025

PETER GOLDSTEIN LAW CORP

By: /s/ Peter Goldstein
Peter Goldstein (SBN 6992)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorney for Plaintiffs*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ Robert Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendants*

### Order

The parties' stipulation to remand **[ECF No. 10] is approved**. The Clerk of Court is kindly instructed to remand this action to the Eighth Judicial District Court, Case No. A-25-919142-C, Department IV, and to close this case.

Dated: July 30, 2025

_____
Cristina D. Silva
United States District Judge